UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Civil No. 1:24-cv-02063 |
| | : | |
| **2,546,415.01 USDT SEIZED FROM TWO BINANCE ACCOUNTS WITH USER IDS ENDING IN 9186 AND 5164,** | : : : | |
| | : | |
| **Defendant.** | : | |

## STATUS REPORT

The United States of America informs the court of its compliance with the notice requirements of Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions:

1) Consistent with G(4)(a), the United States conducted publication via notice on an official government forfeiture site for at least 30 consecutive days. Publication began on October 2, 2024, and ended on October 31, 2024.

2) Regarding G(4)(b), the United States identified another party abroad who expressed an ownership interest in the property. This party does not have a known address and time-consuming attempts to contact them since were unsuccessful. Additionally, the United States sent notice to a potential interested party represented by counsel, and the time to respond has not yet expired.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

*/s/ Rick Blaylock, Jr.*
Rick Blaylock, Jr.
TX Bar No. 24103294
Assistant United States Attorney

1

Asset Forfeiture Coordinator  
United States Attorney's Office  
601 D Street, N.W.  
Washington, D.C. 20001  
(202) 252-6765

*Attorney for the United States*

Case 1:24-cv-02063-AHA   Document 4   Filed 01/14/25   Page 2 of 2