**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                **Plaintiff,**<br><br>      **v.**<br><br>**2,546,415.01 USDT SEIZED FROM TWO BINANCE ACCOUNTS WITH USER IDS ENDING IN 9186 AND 5164,**<br><br>                **Defendant.** | **Criminal No. 1:24-cv-02063-AHA** |

## STATUS REPORT AS TO FORFEITURE

The United States of America informs the Court of the following, pursuant to the Cout's Order to provide a status update:

1. The time for any potential interested party to file a claim has expired.

2. The United States will file a motion for Clerk's entry of default subsequent to the filing of this status report.

April 14, 2025
Washington, D.C.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney

*/s/ Rick Blaylock, Jr.*
Rick Blaylock, Jr.
TX Bar No. 24103294
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20001
(202) 252-6765
rick.blaylock.jr@usdoj.gov

*Attorney for the United States*