UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>2,546,415.01 USDT SEIZED FROM TWO BINANCE ACCOUNTS WITH USER IDS ENDING IN 9186 AND 5164,<br><br>    Defendant. | Criminal No. 1:24-cv-02063-AHA |

## PROPOSED ORDER

UPON CONSIDERATION of the United States' motion for default judgment, and the entire record herein, it is hereby

ORDERED that the United States' motion is GRANTED; and it is

further ORDERED, ADJUDGED, AND DECREED that

1. Default judgment is hereby entered against all persons or entities claiming an interest in the Defendant Property.

2. The Defendant property is hereby forfeited to the government.

3. This is a final order.

SO ORDERED:

_____            _____
Dated                                                                    THE HONORABLE AMIR H. ALI
                                                                                       UNITED STATES DISTRICT JUDGE