UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>2,546,415.01 USDT SEIZED FROM TWO BINANCE ACCOUNTS WITH USER IDS ENDING IN 9186 AND 5164,<br><br>*Defendant*. | Civil Action No. 24-2063 (AHA) |

## Order

On July 16, 2024, the United States filed a verified complaint for forfeiture *in rem* against the Defendant Property. ECF No. 1. No claimants have asserted an interest in the Defendant Property. On April 16, 2025, the Clerk of the Court entered default. ECF No. 9.

The verified complaint alleges that the Defendant Property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and (C), as property constituting proceeds "of wire fraud and wire fraud conspiracy offenses, committed in violation of 18 U.S.C. §§ 1343, 1349, 2, and 3, and as involved in money laundering and money laundering offenses, committed in violation of 18 U.S.C. 1956(a)(1)(B)(i), 1956(a)(2)(B)(i), 1956(h), and 2, and 3." ECF No. 1 ¶ 4.

It appears the United States fully issued process: (1) On July 16, 2024, the United States commenced the action by filing a verified complaint for forfeiture *in rem*. ECF No. 1. (2) On July 17, 2024, the Court found probable cause and issued a warrant for arrest *in rem*. ECF No. 2. (3) The United States has shown via sealed evidence that it gave direct notice of the forfeiture action to potential claimants. ECF No. 13. (4) Beginning on October 2, 2024, an official internet

government forfeiture website posted notice for at least 30 consecutive days, in compliance with Supplemental Rule G(4)(a)(iv)(C). ECF No. 5-1.

No interested person has filed a claim, and the time to do so has expired. ECF No. 11 ¶ 9.

The United States' amended motion for default judgment and final order of forfeiture, ECF No. 11, is granted. The Court enters default judgment against all persons or entities claiming an interest in Defendant Property, and Defendant Property is forfeited to the government. This is a final order.

_____
AMIR H. ALI
United States District Judge

Date:   May 21, 2025